IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 MAY 19  P 1: 51

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | : | Hon. William H. Walls |
| vs. | : | Docket No. 01-00349-001 |
| BORIS VARSHAVSKY | : | |

### NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that undersigned counsel will be unavailable from June 27, 2005 through July 11, 2005. Undersigned respectfully requests that no hearings or other pleadings be filed/scheduled which require a timely response or attendance during this time period, and that all pending matters be abated during this period of time.

Dated: May 12, 2005

Respectfully submitted,

*[signature]*

Myles H. Malman, Esquire
Florida Bar No. 776084
Malman, Malman and Rosenthal
Yankee Clipper Center
3230 Stirling Road
Suite 1
Hollywood, Florida  33021
Telephone:  954-322-0065
Facsimile:  954-322-0064

MALMAN, MALMAN & ROSENTHAL • YANKEE CLIPPER CENTER • 3230 STIRLING ROAD • SUITE I • HOLLYWOOD, FLORIDA 33021·2041 • (954) 322-0065

PALM BEACH   •   NEW YORK, NEW YORK   •   WESTFIELD, NEW JERSEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via United States mail to: Thomas Ott, Esquire, United States Department of Justice, Tax Division, 600 E. Street NW, Room 5712, Washington, DC 20530; Miguel A. Rivera, Jr., United States Probation Officer, District of New Jersey, Federal Building & U.S. Courthouse, 401 Market Street, First Floor, Camden, NJ 08101-1568 and Mark Rufolo, Esquire, Office of the United States Attorney, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102 this 12th day of May, 2005.

BY: _____
Myles H. Malman

MALMAN, MALMAN & ROSENTHAL ♦ YANKEE CLIPPER CENTER ♦ 3230 STIRLING ROAD ♦ SUITE I ♦ HOLLYWOOD, FLORIDA 33021-2041 ♦ (954) 322-0065

PALM BEACH   ♦   NEW YORK, NEW YORK   ♦   WESTFIELD, NEW JERSEY