UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

DATE: April 6, 2006

JUDGE: WALLS

COURT REPORTER: Y. DAVION

DEPUTY CLERK: E. UNDERWOOD

OTHER: _____

Title of Case:

Cr. Docket # 01-349

BORIS VARSHAVSKY

Appearances:

Mark Rufulo, Ausa
Myles Malman, Esq. and Robert Stahl, Esq.

Nature of proceedings:    Sentencing:

4 yrs. of probation, etc; 6 mos. Of home confinement; DNA collection; etc; Spec. Assessment of $100.00.

Deputy Clerk
Eric Underwood

cc: chambers

10:00 a.m. to 10:30 a.m.